1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID COMBS,

    Petitioner,                    No. CIV S-10-3092 GGH P

   vs.

GARY SWARTHOUT,

    Respondent.                 ORDER

_____/

       Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not submitted a request to proceed in forma pauperis or paid the filing fee.

       The application attacks a conviction issued by the Santa Clara County. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in Santa Clara County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

1

1       Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2 matter is transferred to the United States District Court for the Northern District of California.
3 DATED: November 22, 2010

                        /s/ Gregory G. Hollows
                       _____
                       GREGORY G. HOLLOWS
                       UNITED STATES MAGISTRATE JUDGE

GGH:md
comb3092.108